IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                                                                             CR 17-3246 MV

JOHN DOMPIERRE, et.al.

        Defendant.

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

THIS MATTER having come before the Court upon defendant's Unopposed Motion for Modification of Conditions of Release, (Doc. 116), pursuant to U.S. Const. amend VIII, 18 U.S.C. § 3145 (b), and 18 U.S.C. 3142, and through appointed counsel, Barrett (Barry) G. Porter, and the Court being fully advised in the premises:

FINDS that the motion is well-taken.

IT IS THEREFORE ORDERED that defendant's pre-trial conditions of release are modified to allow him to have access to a computer and the internet.  All other previously imposed conditions remain the same.

                                                                               _____
                                                                               UNITED STATES DISTRICT  JUDGE