IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                                                                   CR 17-3246-MV

**JOHN DOMPIERRE,**

        **Defendant.**


## ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

THIS MATTER comes before the Court on the Defendant's Opposed Motion for Modification of Conditions of Release [Doc. 149], the Court being fully advised in the premises and noting that although opposing the Motion, the Government did not file a Response to the Motion, and noting that Pre-Trial Services Officers Daniel Stewart from the District of New Mexico and Gilbert Lara from the District of Arizona do not oppose the Motion, finds that a hearing is not necessary and that the Motion is well-taken and should be granted;

IT IS HEREBY ORDERED that the defendant's conditions of release are hereby modified as follows:

1. Defendant's conditions may be modified from home detention to a curfew at the discretion of his Pre-Trial Services Officer.

2. Defendant is allowed to travel to and from Michigan to visit with and manage the care of his elderly mother.

3. Defendant's adult daughter, her fiancé and their three minor children are allowed

to move in with the defendant. The defendant is not allowed unsupervised contact with the children.

3. All other conditions of pretrial release imposed remain in effect.

Dated this 16th day of November, 2018.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE